IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06cv82-MHT |
| ) | |
| MPW INDUSTRIAL SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C. § 636, this case is referred to United States Magistrate Judge Charles S. Coody for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 8th day of February, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE