| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>_M. C Brown_  2-15-06 |
| 1. Article Addressed to:<br><br>MPW INDUSTRIAL SERVICES, INC.<br>c/o NATIONAL CORPORATE RESEARCH, LTD.<br>2527 COLLEGE STREET<br>MONTGOMERY, AL 36104<br><br>1:06CV 82-MHT S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7004 2510 0005 7151 3023 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540