**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JACKIE WHITE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **CASE NO. 1:06CV82-MHT-CSC** |
| ) | |
| **MPW INDUSTRIAL SERVICES, INC.**, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice of his appearance as counsel for defendant MPW Industrial Services, Inc.:

    Dorman Walker (WAL086)
    Balch & Bingham LLP
    Post Office Box 78
    Montgomery, AL  36101-0078
    334-269-3138
    866-736-3854 (fax)
    dwalker@balch.com

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on him at the address shown.

Respectfully submitted this 2nd day of March, 2006.

                        s/Dorman Walker
                        Attorney for Defendant
                        MPW Industrial Services, Inc.

**OF COUNSEL:**

Dorman Walker (WAL086)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

> Jackie White, *Pro Se*
> 721 Blair Avenue
> Hampton, Virginia 23661

This the 2nd day of March, 2006.

/s Dorman Walker
Of Counsel

2