IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WHITE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:06cv82-MHT |
| | ) |
| MPW INDUSTRIAL SERVS., INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the March 2, 2006, motion for extension of time to answer (doc. # 6) filed by the defendant. Upon consideration of the motion and for good cause, it is

ORDERED that the motion for extension of time to answer (doc. # 6) be and is hereby GRANTED. The defendant's time for filing a responsive pleading be and is hereby EXTENDED from March 7, 2006, until March 21, 2006.

Done this 9th day of March, 2006.

                                      /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE