IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv82-MHT |
| | ) |
| MPW INDUSTRIAL SERVS., INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby set for a status and scheduling conference on April 17, 2006, at 2:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 16th day of March, 2006.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE