IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 MAR 16  P 3: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **JACKIE WHITE,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | CASE NO. 1:06CV82-MHT-CSC |
| **MPW INDUSTRIAL SERVICES, INC.,** | ) ) | |
| **Defendant.** | ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Defendant, MPW Industrial Services, Inc., moves the Court to grant P. Ann Bailey of Balch & Bingham LLP, 1310 Twenty Fifth Avenue, Gulfport, MS 39501-1931, leave to appear pro hac vice in order to appear as additional counsel for MPW Industrial Services, Inc. in the above-styled suit.

1. Attached as Exhibit A is a certificate from the United States District Court for the Southern District of Mississippi showing that P. Ann Bailey is a member in good standing of that court.

2. The law firm of Balch & Bingham LLP, and particularly Dorman Walker, who is admitted to practice in this Court, will also serve as counsel for MPW Industrial Services, Inc. in the above styled matter.

3. P. Ann Bailey has reviewed and is familiar with the Uniform Rules of the United States District Court for the Middle District of Alabama.

Based on the foregoing, defendant respectfully requests that the Court allow P. Ann Bailey to appear pro hac vice for the purpose of representing MPW Industrial Services, Inc. in the above styled action.

166001.1

Respectfully submitted this 16th day of March, 2006.

_____
Attorney for Defendant
MPW Industrial Services, Inc.

**OF COUNSEL:**

Dorman Walker (WAL086)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the plaintiff with a copy of the above and foregoing pleading by depositing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following:

Jackie White
721 Blair Avenue
Hampton, Virginia 23661

This the 16th day of March, 2006.

_____
Of Counsel

166001.1

2