# EXHIBIT A

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ Mississippi

## CERTIFICATE OF GOOD STANDING

I, _____ J.T. Noblin _____, Clerk of this Court,

certify that _____ Patricia Ann Bailey _____, Bar # _____ 100744 _____,

was duly admitted to practice in this Court on

_____ 9/24/2002 _____, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _____ Gulfport, MS _____ on _____ 3/13/2006 _____.
LOCATION                                              DATE

J. T. NOBLIN
CLERK

*[signature]*
DEPUTY CLERK