IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WHITE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:06cv82-MHT |
| | ) |
| MPW INDUSTRIAL SERVS., INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is Attorney P. Ann Bailey's motion to appear pro hac vice filed on March 16, 2006. (Doc. # 10). Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED. Attorney Bailey shall file a notice of appearance with this court.

Done this 20th day of March, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE