IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:06CV82-MHT-CSC |
| MPW INDUSTRIAL SERVICES, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice of his appearance as counsel for defendant MPW Industrial Services, Inc.:

    P. Ann Bailey (MS Bar No. 100744)
    Balch & Bingham LLP
    1310 Twenty-Fifth Avenue
    Gulfport, Mississippi 39501-7748
    228-214-0418
    888-345-1923 (fax)
    abailey@balch.com

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on her at the address shown.

Respectfully submitted this 21st day of March, 2006.

                                            s/ P. Ann Bailey
                                            Attorney for Defendant
                                            MPW Industrial Services, Inc.

**OF COUNSEL:**

Dorman Walker (WAL086)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

P. Ann Bailey (MS Bar No. 100744)
BALCH & BINGHAM LLP
1310 Twenty-Fifth Avenue
Gulfport, Mississippi 39501-7748
228-214-0418
888-345-1923 (fax)

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Jackie White, *Pro Se*
721 Blair Avenue
Hampton, Virginia 23661

This the 21st day of March, 2006.

/s P. Ann Bailey
Of Counsel