IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WHITE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:06CV82-MHT-CSC |
| MPW INDUSTRIAL SERVICES, INC., | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT OF MPW INDUSTRIAL SERVICES, INC.

NOW INTO COURT, through undersigned counsel, comes Defendant, MPW Industrial Services, Inc., and in accordance with Rule 7.1 of Federal Rules of Civil Procedure, and the Corporate Disclosure Statement requirement of this Court, Civil Misc. No. 3047, files this Corporate Disclosure Statement as follows:

MPW Industrial Services, Inc. is a wholly owned subsidiary of MPW Industrial Services Group, Inc. MPW Industrial Services Group, Inc. is a publicly held company, and has no parent company.

Respectfully submitted, this 10th day of April, 2006.

MPW INDUSTRIAL SERVICES, INC.

BY:

/s/ P. Ann Bailey
Attorney for Defendant,
MPW Industrial Services, Inc.

62078.1

**OF COUNSEL:**

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

P. Ann Bailey (MS Bar No. 100744)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, Mississippi 39501-7748
Telephone: (228) 214-0478
Facsimile: (888) 345-1923

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of he foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following :

Jackie White, *Pro Se*
721 Blair Avenue
Hampton, Virginia 23661

This the 10th day of April, 2006

/s  P. Ann Bailey
Of Counsel

62078.1

3