# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA SOUTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 4/17/06 | AT | 1:52 P.M. to 1:53 |
| DATE COMPLETED: 4/17/06 | | FTR Recorded |

JACKIE WHITE

 Plaintiff

vs..   CASE NO. 1:06CV82-MHT-CSC

MPW INDUSTRIES SERVICES, INC.

 Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| NOT PRESENT (Pro Se) | | Atty. Dorman Walker |

---

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON     LAW CLERK: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:   *STATUS/SCHEDULING CONFERENCE*

# SEE MINUTES ATTACHED

## FTR Log Notes

| Description | Status/Scheduling conference - 06cv82-MHT-CSC | |
|---|---|---|
| Date | 4/17/2006 | Location: Courtroom 4B |
| Time | Speaker | Note |
| 1:52:34 PM | Court | Court convenes; Atty. Dorman Walker is present; Pro Se Plaintiff is not present; Discussion regarding call received from the Plaintiff; |
| 1:52:43 PM | Atty. Walker | Plaintiff called Ann Bailey, an associate in the case and informed that she would not be here and that she is still unrepresented by counsel; |
| 1:53:02 PM | Court | Will enter order given her 30 days to have lawyer file notice of appearance or for her to show cause after that period why the case should not be dismissed; |
| 1:53:35 PM | Court | Is recessed. |