IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WHITE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:06cv82-MHT |
| | ) |
| MPW INDUSTRIAL SERVS., INC., | ) |
| | ) |
|    Defendant. | ) |

## ORDER

The *pro se* plaintiff filed this action on January 30, 2006. On March 14, 2006, the defendant filed an answer. On March 16, 2006, the court set this matter for a status and scheduling conference on April 17, 2006, at 2:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

On April 17, 2006, the plaintiff notified opposing counsel that she would not appear at the hearing and that she was attempting to retain counsel to represent her. Accordingly, it is

ORDERED that on or before **May 17, 2006,** the plaintiff shall either secure counsel to represent her in this matter[1] or show cause why this case should not be dismissed for want of prosecution. **The plaintiff is specifically cautioned that if she fails to respond as required by this order, the court will treat her failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the**

---

[1] Counsel shall file a notice of appearance on or before May 17, 2006.

**undersigned will recommend that this case be dismissed for such failure.**

Done this 21st day of April, 2006.


                                        /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE