IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv82-MHT |
| ) | (WO) |
| MPW INDUSTRIAL SERVS., INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On May 25, 2006, the Magistrate Judge filed a Recommendation (Doc. # 16) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED.

Done this 16th day of June, 2006.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE